(1) The motion is granted.

(2) All sides shall bear their own costs.

(1) The motion is granted.

(2) All sides shall bear their own costs.

Leonard T. SUTTON, Claimant–
Appellant,

v.

R. James NICHOLSON, Secretary of
Veterans Affairs, Respondent–
Appellee.

No. 2007–7051.

United States Court of Appeals,
Federal Circuit.

June 28, 2007.

*ORDER*

Upon consideration of Leonard T. Sutton's unopposed motion to dismiss his appeal,

IT IS ORDERED THAT:

Mario RAIMONDI, Claimant–
Appellant,

v.

R. James NICHOLSON, Secretary of
Veterans Affairs, Respondent–
Appellee.

No. 2007–7072.

United States Court of Appeals,
Federal Circuit.

June 28, 2007.

*ORDER*

The court treats Mario Raimondi's submission received on June 25, 2007 as a motion to voluntarily dismiss his appeal.